United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 9, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-60899
(Summary Calendar)
_____

IDA WELCH; IVORY WELCH

Plaintiffs-Appellants

THYSSENKRUPP ELEVATOR CORPORATION

Defendant-Appellee

--------------------
Appeal from the United States District Court
the Southern District of Mississippi
(3:05-CV-332)
--------------------

BEFORE SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.